UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
JOHN M SANDERS                      §   Case No. 15-41084
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 383,260.00                    Assets Exempt: 29,025.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,219.13      Claims Discharged
                                                Without Payment: 432,022.11

Total Expenses of Administration: 1,377.25

---

3) Total gross receipts of $ 8,921.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,324.62 (see **Exhibit 2**), yielded net receipts of $ 5,596.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 400,853.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,377.25 | 1,377.25 | 1,377.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,353.00 | 19,035.24 | 19,035.24 | 4,219.13 |
| **TOTAL DISBURSEMENTS** | $ 417,206.00 | $ 20,412.49 | $ 20,412.49 | $ 5,596.38 |

4) This case was originally filed under chapter 7 on 12/03/2015 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2017          By:/s/KAREN R. GOODMAN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 IRS tax refund | 1224-000 | 8,921.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,921.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John M. Sanders | Exemptions | 8100-002 | 3,309.00 |
| Clerk of the Bankruptcy Court | Non-Estate Funds Paid to Third Parties | 8500-002 | 15.62 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,324.62** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto | | 4,545.00 | NA | NA | 0.00 |
| | Dite4ch Financial LLC | | 119,350.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgage | | 276,958.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 400,853.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 1,311.20 | 1,311.20 | 1,311.20 |
| Associated Bank | 2600-000 | NA | 66.05 | 66.05 | 66.05 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,377.25 | $ 1,377.25 | $ 1,377.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk of America | | 3,347.00 | NA | NA | 0.00 |
| | Capital One Bank | | 1,632.00 | NA | NA | 0.00 |
| | Capital One USA | | 489.00 | NA | NA | 0.00 |
| | Chicago Patrolmans FCU | | 9,579.00 | NA | NA | 0.00 |
| | Citi | | 441.00 | NA | NA | 0.00 |
| | City of Chicago | | 200.00 | NA | NA | 0.00 |
| | US Bank | | 665.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 766.18 | 766.18 | 766.18 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,748.62 | 1,748.62 | 1,748.62 |
| 3 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 7200-000 | NA | 6,662.20 | 6,662.20 | 693.60 |
| 4 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 7200-000 | NA | 9,708.24 | 9,708.24 | 1,010.73 |
| 5 | CITY OF CHICAGO DEPARTMENT OF FINANCE | 7200-000 | NA | 150.00 | 150.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,353.00 | $ 19,035.24 | $ 19,035.24 | $ 4,219.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-41084 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | JOHN M SANDERS | | | | Date Filed (f) or Converted (c): | 12/03/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/13/2016 |
| For Period Ending: | 06/01/2017 | | | | Claims Bar Date: | 07/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9127 S. LaSalle, Chicago, IL 60645 | 120,000.00 | 105,000.00 | | 0.00 | FA |
| 2. 1669 W. 104th St. | 274,600.00 | 0.00 | | 0.00 | FA |
| 3. 324 S. Richmond, Chicago, IL | 10.00 | 10.00 | | 0.00 | FA |
| 4. 2002 Chevrolet Tahoe | 6,050.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous used household goods | 1,350.00 | 0.00 | | 0.00 | FA |
| 6. Miscelleanous books, tapes, CD's, etc. | 125.00 | 0.00 | | 0.00 | FA |
| 7. Personal Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous costume jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 9. Employer-Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. Nationwide-Whole life insurance policy | 7,000.00 | 0.00 | | 0.00 | FA |
| 11. Deposits of money | 0.00 | 0.00 | | 0.00 | FA |
| 12. Retirement or pension accounts | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2015 IRS tax refund (u) | 3,350.00 | 6,296.00 | | 8,921.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $413,010.00        $111,306.00                        $8,921.00            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:



Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2016


UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-41084 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | JOHN M SANDERS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3284 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3849 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 06/01/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/16 | 13 | United States Treasury<br>Kansas City, MO | 2015 Tax Refund | 1224-000 | $8,921.00 | | $8,921.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,911.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.82 | $8,898.18 |
| 07/21/16 | 101 | John M. Sanders | 2015 Tax Refund | 8100-000 | | $0.00 | $8,898.18 |
| 07/21/16 | 101 | John M. Sanders | 2015 Tax Refund Reversal Incorrect Amount | 8100-000 | | $0.00 | $8,898.18 |
| 07/21/16 | 102 | John M. Sanders | 2015 Tax Refund Debtor's share of 2015 Tax Refund ($2,625 Exemption + $684 for post petition period of time in 2015. | 8100-002 | | $3,309.00 | $5,589.18 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.23 | $5,575.95 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,565.95 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,555.95 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,545.95 |
| 01/12/17 | 103 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | Compensation to Trustee per Court Order of January 12, 2017 | 2100-000 | | $1,311.20 | $4,234.75 |
| 01/12/17 | 104 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $766.18 | $3,468.57 |

Page Subtotals: $8,921.00  $5,452.43

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-41084 | | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | JOHN M SANDERS | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX3284 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3849 | | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 06/01/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/17 | 105 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7100-000 | | $1,748.62 | $1,719.95 |
| 01/12/17 | 106 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | Final distribution to claim 3 representing a payment of 10.41 % per court order. | 7200-000 | | $693.60 | $1,026.35 |
| 01/12/17 | 107 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | Final distribution to claim 4 representing a payment of 10.41 % per court order. | 7200-000 | | $1,010.73 | $15.62 |
| 01/12/17 | 108 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>C/O ARNOLD SCOTT HARRIS P.C.<br>111 W JACKSON STE 600<br>CHICAGO, IL 60604 | Final distribution to claim 5 representing a payment of 10.41 % per court order. | 7200-000 | | $15.62 | $0.00 |
| 03/16/17 | 108 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>C/O ARNOLD SCOTT HARRIS P.C.<br>111 W JACKSON STE 600<br>CHICAGO, IL 60604 | Final distribution to claim 5 representing a payment of 10.41 % per court order. Reversal<br>Returned from City of Chicago - account shows zero balance due.<br>Deposited check with Clerk of Bankruptcy Court | 7200-000 | | ($15.62) | $15.62 |
| 03/16/17 | 109 | Clerk of the Bankruptcy Court<br>219 South Dearborn<br>Chicago, Illinois | Deposit of Unclaimed Funds Check returned by Arnold Scott Harris, P.C. for City of Chicago Department of Revenue | 8500-002 | | $15.62 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,921.00 | $8,921.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,921.00 | $8,921.00 |
| Less: Payments to Debtors | $0.00 | $3,309.00 |
| Net | $8,921.00 | $5,612.00 |
| Page Subtotals: | $0.00 | $3,468.57 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3284 - Checking | $8,921.00 | $5,612.00 | $0.00 |
|  | $8,921.00 | $5,612.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,921.00 |
| Total Gross Receipts: | $8,921.00 |

Page Subtotals:    $0.00    $0.00